No. 4402.—Cosme, aplda., *v.* Sánchez, aplte.— C. D. Humacao. Junio 26, 1928.

Por cuanto el apelado al hacer su moción de desestimación en este caso no llamó la atención de la corte con la debida especificación que una de sus razones para desestimar

era la falta de alegato sino más bien la falta de alegato era una razón adicional a la omisión de radicar la exposición del caso, de modo que esta corte ni aparentemente el apelante entendieron que el indicado era uno de los motivos para pedir la desestimación;

POR CUANTO la apelada ahora llama la atención del tribunal de que existía un párrafo encaminado a este fin en su moción de desestimación;

POR TANTO, se reconsidera la resolución de este tribunal de 26 de junio de 1928 y se señala nuevamente la vista de la moción de desestimación para el 23 de julio de 1928.